FILED

OCT 3 0 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

07 CR 2851 IEG

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. _____ |
| Plaintiff, | I N F O R M A T I O N |
| v. | |
| | Title 21, U.S.C., Secs. 331(a), |
| BRUCE PERLOWIN | 351(f) and 333(a)(1)- |
| | Introduction of |
| | Unapproved Medical Devices |
| Defendant. | Into Interstate Commerce |

The United States Attorney charges:

Between on or about October 15, 2002 and continuing through on or about March 16, 2005, within the Southern District of California, defendant BRUCE PERLOWIN introduced into interstate commerce a device, to wit, the Energy Wellness machine, that is adulterated in that it lacks approval for marketing from the Food and Drug Administration, a misdemeanor, in violation of Title 21, United States Code, Sections 331(a), 351(f) and 333(a)(1).

DATED:    October 15th, 2007.

KAREN P. HEWITT
United States Attorney

MELANIE K. PIERSON
Assistant U.S. Attorney