# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

vs

Bruce Perlowin

CASE NUMBER 07CR 2851-IEG

ABSTRACT OF ORDER

Booking No. 05651-298

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of 10/30/07 the Court entered the following order:

____ Defendant be released from custody.

____ Defendant placed on supervised / unsupervised probation / supervised release.

____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

____ Defendant released on $_____ bond posted.

✓ Defendant appeared in Court. FINGERPRINT & RELEASE.

____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

____ Defendant sentenced to TIME SERVED, supervised release for ____ years.

____ c.c. judgment Court of Appeals ( ____ affirming) ( ____ reversing) decision of this Court:

____ dismissing appeal filed.

____ Bench Warrant Recalled.

____ Defendant forfeited collateral.

____ Case Dismissed.

____ Defendant to be released to Pretrial Services for electronic monitoring.

____ Other. _____

Received _____ DUSM

UNITED STATES MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.   Clerk
by _____ Deputy Clerk

Crim-9   (Rev 6-95)

☆ U.S. GPO: 1996-783-398/40151

CLERKS' COPY