FRANK T. VECCHIONE
Attorney at Law
105 West F Street, Suite 215
San Diego, CA 92101
Telephone No: (619) 231-3653
Facsimile No: (619) 239-0056
Email: ftvlaw@aol.com
CA State Bar No: 054730

Attorney for Defendant,
BRUCE PERLOWIN

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA
(Honorable Louisa S. Porter)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> BRUCE PERLOWIN, ) <br> ) <br> Defendant. ) <br> _____) | CASE NO. 07CR2851-POR <br><br> ACKNOWLEDGMENT OF <br> NEXT COURT DATE |

I, BRUCE PERLOWIN, defendant in the above-entitled matter, hereby acknowledge I am to appear before the Honorable Louisa S. Porter on January 29, 2008, at 2:15 p.m., for disposition. I agree to appear on that date.

Dated: 1/23/08

_____
BRUCE PERLOWIN

<pre>
 1                    UNITED STATES DISTRICT COURT
 2                   SOUTHERN DISTRICT OF CALIFORNIA
                         (Honorable Louisa S. Porter)
</pre>

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 07CR2851-POR |
| Plaintiff, | ) | **CERTIFICATE OF SERVICE** |
| vs. | ) | |
| BRUCE PERLOWIN, | ) | |
| Defendant. | ) | |

**IT IS HEREBY CERTIFIED THAT:**

I, LALANYA HAM, am a citizen of the United States and am at least eighteen years of age. My business address is 105 West F Street, Ste. 215, San Diego, California, 92101.

I am not a party to the above-entitled action. I hereby certify that I have caused to be served: **Acknowledgment of Next Court Date** to the following ECF participants on this case:

**Melanie K Pierson**
Melanie.Pierson@usdoj.gov,efile.dkt.mf@usdoj.gov,Terry.Pinachio@usdoj.gov

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 24, 2008.

_____
LALANYA HAM