## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. vs.  Bruce Perlowin                              No.  07cr2851-POR

HON.  Louisa S. Porter            Tape No.  POR08-1:14:13-14:32

Asst. U.S. Attorney  Melanie Pierson        PTSO  _____

|  |  |  | # | Status |
|---|---|---|---|---|
| Atty  Frank Vecchione    Apt __ Ret X for Perlowin | (1) | (R) |
| _____  Apt __ Ret __ for _____ | ( ) | ( ) |
| _____  Apt __ Ret __ for _____ | ( ) | ( ) |
| _____  Apt __ Ret __ for _____ | ( ) | ( ) |
| _____  Apt __ Ret __ for _____ | ( ) | ( ) |
| _____  Apt __ Ret __ for _____ | ( ) | ( ) |

____ Apt for Material Witness(es)

PROCEEDINGS:     ___ In Chambers     X In Court     ___ By Telephone

Change of Plea Hearing - Held (10m)
Sentencing Hearing - Held (9m)

Guilty Plea Entered on Count 1 of the Information.
Plea Agreement filed.
Defendant found Guilty on count 1 of the Information.
Joint Sentencing Summary Chart filed.
Defendant sentenced to 1 year of unsupervised release.
Fine of $250.00.
Penalty Assessment of $25.00.

Date  01/29/2008                              R. F. Messig  _____
                                                         Deputy's Initials